ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
wwong@grsm.com

*Attorneys for Franklin Collection Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FLEXON,<br><br>           Plaintiff,<br><br>vs.<br><br>FRANKLIN COLLECTION SERVICES, INC., a Foreign Corporation,<br><br>           Defendant. | Case No.:   2:19-cv-00491-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FRANKLIN COLLECTION SERVICES, INC. TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff James Flexon ("Plaintiff"), and Defendant Franklin Collection Services, Inc. ("FCSI"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on March 21, 2019 [ECF No. 1].

2. FCSI's Resident Agent was served with process on or about March 25, 2019.

3. FCSI recently retained counsel and a short extension is necessary to allow FCSI's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff and FCSI are also currently engaged in settlement discussions on this case and wish to extend the deadline for FCSI to respond to the Complaint until May 3, 2019. This will allow the parties to continue settlement discussions without incurring additional fees and expenses. Plaintiff has no objection to the extension.

-1-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

5. Therefore, the parties agree that FCSI's response to the Complaint is now due on or before **May 10, 2019**.

DATED: April 25, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*

Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendant Franklin Collection Services, Inc.*

DATED: April 25, 2019.

*/s/ Mitchell D. Gliner*

Mitchell D. Gliner, Esq.
Nevada Bar No. 3419
3017 W. Charleston Blvd., #95
Las Vegas, MV 89102
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 4-26-2019