# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JAMES FLEXON,

        Plaintiff,

vs.

FRANKLIN COLLECTION SERVICE, INC.,

        Defendant.

2:19-cv-00491-GMN-VCF

**ORDER**

        Before the court is the Notice of Settlement (ECF No. 8). The parties have notified the court that they have reached a settlement and that they would file dismissal documents around June 10, 2019. To date, no proposed stipulation and order for dismissal has been filed.

        Accordingly,

        IT IS HEREBY ORDERED that a status hearing is scheduled for 1:00 PM, June 24, 2019, in Courtroom 3D. The status hearing will be vacated upon the filing of the proposed stipulation and order for dismissal.

        DATED this 17th day of June, 2019.

                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE